UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WADE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Defendant. | No. 2:22-cv-1292-EFB (PC)<br><br><br>ORDER |

　　　Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2). He has not, however, submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).

　　　Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis.[1] Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

　　　So ordered.

Dated: July 27, 2022.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.