UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARMENT,<br><br>　　　　　Defendant. | No.  2:22-cv-1292-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On July 28, 2022, the court found that plaintiff had failed to submit a certified trust account statement in support of his application for leave to proceed in forma pauperis.  ECF No. 4.

　　　Accordingly, the court directed plaintiff to submit the certified trust account statement required by 28 U.S.C. § 1915(a)(2) within thirty days.  *Id.*  The court also warned plaintiff that failure to do so would result in this action being dismissed.  *Id.*  The time for acting has now passed and plaintiff has not paid the filing fee, submitted the required trust account statement, or otherwise responded to the court's order.

/////

/////

1

Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 31, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE