UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN WADE,

               Plaintiff,

     v.

SACRAMENTO COUNTY SHERIFF
DEPARTMENT,

               Defendant.

No.  2:22-cv-01292-TLN-EFB

**ORDER**

Plaintiff, a county jail inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations filed August 31, 2022 (ECF No. 5) are ADOPTED in full; and

2.   This action is DISMISSED without prejudice.

**DATED:  October 31, 2022**

Troy L. Nunley
United States District Judge